# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:   2:13–cv–00718–R–PJW                    Date:   7/25/2013

Title:  PAUL SAPAN V. CALIBER ONE WIRELESS INC ET AL

---

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                         Not Present

PROCEEDINGS:     ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR A HEARING ON

August 12, 2013 at 11:00 AM FOR AN ORDER TO SHOW CAUSE

WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF

THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE

DEFAULTED DEFENDANT.

PRESENCE OF THE PARTIES AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record